# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*  
IRA A. STURM****  
ARI D. GANCHROW**

MAURA E. BREEN***  
SAMUEL R. BLOOM*****

\* ADMITTED IN NY  
\*\*ADMITTED IN NY AND NJ  
\*\*\*ADMITTED IN NY AND CT  
\*\*\*\*ADMITTED IN NY AND FLA  
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

July 8, 2025

**VIA ECF ELECTRONIC FILING**
Hon. Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



**Re: Manny Pastreich, as Trustee, et al. v. Jones Lang Lasalle Americas, Inc.
<u>Civil Action No. 25-cv-2507</u>**

Dear Judge Failla:

Our firm is counsel for the respective Plaintiffs in this matter. Presently, a Case Management Conference is scheduled before your Honor for **July 11, 2025.** The Plaintiffs ask that this Conference be adjourned *sine die*.

Presently, Defendant has not appeared in this action, so I am not able to meet and confer as far as a Case Management Plan. That said, I have spoken at length with Defendant's counsel in a related matter at arbitration. It is hopeful that these discussions will settle the arbitration, which may cause this matter to settle. Said arbitration is scheduled for July 11, 2025. The Plaintiffs ask that Defendant's deadline to Answer be extended to July 31, 2025. In the event that this matter is not resolved, and Defendant does not retain counsel and appear, we will move for Default Judgment at that time.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

Application GRANTED.  The initial pretrial conference previously scheduled for July 11, 2025, is hereby ADJOURNED *sine die*.  The Court hereby ADJOURNS the deadline for Defendant to answer or otherwise respond to the complaint to on or before **July 31, 2025**.

On or before the same date, the parties shall file a joint letter indicating whether this matter has settled, or proposing an alternative date for an initial pretrial conference in August 2025.

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Dated:    July 8, 2025                SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE