UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANNY PASTREICH, *as Trustee*, and
THE TRUSTEES OF THE BUILDING
SERVICE 32BJ SUPPLEMENTAL
RETIREMENT AND SAVINGS FUND,

                              Plaintiffs,

                    -v.-

JONES LANG LASALLE AMERICAS, INC.,
*doing business as* JONES, LANG,
LASALLE,

                              Defendant.

---

25 Civ. 2507 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 5, 2025, the Court granted Plaintiffs' request to adjourn the

deadline for Defendant to answer or otherwise respond to the complaint, and

the Court set the new deadline as September 29, 2025.  Defendant still has not

responded to the complaint, nor has it entered a notice of appearance.  The

Court will give Defendant one last chance to avoid default and respond to the

complaint by **October 24, 2025**.  If Defendant fails to respond by that date,

the Court expects Plaintiffs will obtain a certificate of default and move for an

entry of default judgment.

In light of Defendant's nonappearance to date, the Court directs counsel

for Plaintiffs to transmit this order to Defendant by whatever means of

communication they have customarily used in the past.

Additionally, the Court notes that Plaintiffs were previously informed that

they deficiently filed their complaint by failing to enter all parties on the docket.

(*See* March 27, 2025 Minute Entry).  Plaintiffs were directed to but have not yet

remedied the deficiency.  The Court directs Plaintiffs to do so.

SO ORDERED.

Dated:    October 8, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge