UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MANNY PASATREICH, et al.,

                          **Plaintiffs,**

          -against-

JONES LANG LASALLE AMEARICAS, INC.,

                    **Defendant.**

-----------------------------------------------------------------X

**25-CV-02507 (DEH)(SN)**

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: ___ 4/1/2026

**SARAH NETBURN, United States Magistrate Judge:**

    On March 25, 2026, the Court held a conference to discuss next steps in this litigation. In light of the pending arbitration concerning the subject matter of this action, discovery in this case is STAYED until May 24, 2026. By that date, the parties shall file a joint status letter regarding next steps in this litigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 1, 2026
             New York, New York