UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MANNY PASATREICH, et al.,

                                    Plaintiffs,

                    -against-

JONES LANG LASALLE AMEARICAS, INC.,

                                    Defendant.

-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 5/27/2026
```

25-CV-02507 (DEH)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

The Court previously stayed this action until May 24, 2026, at which time the parties were directed to file a joint status letter regarding next steps in this litigation. To date, no status letter has been filed. The parties are directed to file a joint status letter advising the Court of the status of the related arbitration and next steps by June 1, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       May 27, 2026
             New York, New York