USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

**MANNY PASATREICH, et al.,**

**Plaintiffs,**

**-against-**

**JONES LANG LASALLE AMEARICAS, INC.,**

**Defendant.**

------------------------------------------------------------------X

**25-CV-02507 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court directed the parties to file a joint status letter regarding next steps in this litigation by August 7, 2026. To date, no status letter has been filed. The parties are directed to file a joint status letter advising the Court of the status of the related arbitration and next steps by August 24, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 17, 2026
New York, New York